JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TARAY TAQWAIN MORRIS, | ) | CASE NO. CV 19-0690-SVW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JAMES ROBERTSON, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 11, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\patriciagomez\AppData\Local\Temp\notes95E17C\Judgment.wpd